Andrew S. Allen, d/b/a Ace Craft Heating Co., Plaintiff-Appellee, v. Wallace E. Jungkans, d/b/a W. E. J. Construction Co., Defendant and Third-Party Plaintiff-Appellee, v. Midland Enterprises, Inc., a Corporation, and Northlake Drugs, Inc., a Corporation, Third-Party Defendants-Appellants.

Gen. No. 49,078.

First District, Second Division.
December 30, 1963.
Rehearing denied and opinion modified
January 27, 1964.

Maurice A. Frank and Philip M. Bloom, for third party defendants-appellants; no briefs filed for appellees. Opinion by JUSTICE FRIEND. Not to be published in full.